# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 28, 2023

Lyle W. Cayce
Clerk

No. 23-40227
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Antonio Gonzalez-Salazar,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:14-CR-475-1

———————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jose Antonio Gonzalez-Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez-Salazar has not filed a response. We have reviewed counsel's brief and the relevant portions of the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40227

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.